IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-091-Z |
| HENRY NORMAN | |

## FACTUAL RESUME

In support of Henry Norman's plea of guilty to the offense in Count One of the superseding information, Norman, the defendant, Ryan Brown, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the superseding information, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) that is, Possession with Intent to Distribute Cocaine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*   That the substance was in fact cocaine; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

**Henry Norman**
**Factual Resume—Page 1**

## STIPULATED FACTS

1. Henry Norman admits and agrees that on or about August 20, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, he did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. On August 20, 2025, a Texas Department of Public Safety (DPS) Trooper was working drug interdiction on Interstate 40 in Carson County, Texas. At approximately 10:25 p.m., the DPS Trooper observed a black Volkswagen Jetta drive on the improved shoulder in violation of the Texas Transportation Code. The DPS Trooper initiated a traffic stop on the vehicle for the traffic violation. The DPS Trooper identified the driver and sole occupant of the vehicle as Henry Norman. During the roadside interview, the DPS Trooper observed indicators of criminal activity and a strong odor of marijuana coming from the vehicle.

3. The DPS Trooper had Norman exit the vehicle, and the DPS Trooper conducted a probable cause search based on the presence of the odor of marijuana. During the search, the DPS Trooper located two duffle bags in rear luggage compartment of the vehicle. One duffle bag contained twenty bundles of suspected marijuana. The second duffle bag contained ten bundles of suspected cocaine.

4. Drug Enforcement Administration agents and other law enforcement officers responded to the scene to assist with the investigation. Agents read Norman his *Miranda* warnings and Norman agreed to be interviewed. Norman admitted that he

Henry Norman
Factual Resume—Page 2

rented the vehicle, and that he received the bundles of cocaine in California. Norman admitted that he was transporting the cocaine from California back to Greenville, North Carolina. Norman informed agents that he was going to be paid $5,000 for transporting the cocaine.

5. The suspected cocaine located in the duffle bag was sent to the DEA South Central Laboratory. On September 26, 2025, the DEA South Central Laboratory confirmed that the substance was in fact cocaine, a Schedule II controlled substance, with a net weight of 10,042 grams and a purity level of approximately 87 percent. This quantity of cocaine indicates that it was intended for further distribution and not the defendant's personal use.

6. Norman admits that he knowingly possessed with intent to distribute a controlled substance, namely cocaine, a Schedule II controlled substance.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the superseding information.

AGREED TO AND STIPULATED on this 3rd day of November, 2025.

_____
Henry Norman
Defendant

_____
Ryan Brown
Attorney for Defendant

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: joshua.frausto@usdoj.gov

**Henry Norman**
**Factual Resume—Page 4**